# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00547-CV

**City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, Appellants**

**v.**

**Kristopher Kibodeaux and Jamie Kibodeaux, Appellees**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1746-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, moved to dismiss this interlocutory appeal. Appellees Kristopher Kibodeaux and Jamie Kibodeaux responded that they do not oppose the dismissal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

 

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Ellis

Dismissed on Appellants' Motion

Filed: May 28, 2026